# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 19, 2023

Mr. Jonathan Taylor
Gupta Wessler, P.L.L.C.
2001 K Street, N.W.
Suite 850, N.
Washington, DC 20006

    No. 23-40094    Ethridge v. Samsung SDI
                       USDC No. 3:21-CV-306

Dear Mr. Taylor,

The following pertains to your record excerpts electronically filed on June 16, 2023.

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

You must insert a page in between each document containing the tab number corresponding to the Table of Contents. See **5TH CIR. R. 30.1.7 (c)**.

Note: **Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system.** Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. **The certificate of service/proof of service on your proposed sufficient record excerpts MUST be dated on the actual date that service is being made.** Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

cc:  Mr. Allen Craig Eiland
    Mr. Clifford Layne Harrison
    Mr. Raymond Kutch Jr.
    Mr. Gregory F. Miller
    Mr. William R. Moye
    Ms. Angela Jennifer Nehmens
    Mr. Kevin Frank Risley