# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 15, 2025
Lyle W. Cayce
Clerk

No. 23-40094

_____

James Ethridge,

*Plaintiff—Appellant,*

versus

Samsung SDI Company, *Limited,*

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:21-CV-306

_____

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT