# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 15, 2025
Lyle W. Cayce
Clerk

No. 23-40094

James Ethridge,

*Plaintiff—Appellant*,

versus

Samsung SDI Company, *Limited*,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:21-CV-306

_____

## JUDGMENT

Before King, Jones, and Oldham, *Circuit Judges*.

    This cause was considered on the record on appeal and the briefs on file.

    IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

    IT IS FURTHER ORDERED that each party bear its own costs on appeal.

No. 23-40094

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.